**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| SHANTEL CADE BLAKELY, | : |
|     Plaintiff, | : |
| | : |
| vs. | : Civil Action No.: |
| | : 3:24-cv-00107-TES-AGH |
| LELAND DUDEK, | : |
| Acting Commissioner of Social Security, | : |
|     Defendant. | : |

## <u>ORDER</u>

Under sentence four of the Social Security Act, 42 U.S.C. § 405(g), this Court has the authority to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand. The Commissioner requests that the Court remand this case to the agency for further consideration and administrative action. (Doc. 14). The Commissioner's unopposed motion is **GRANTED**, and this case is hereby **REMANDED**.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED** this __13th__ day of __March_____, 2025.


     s/Tilman E. Self, III
TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE